Bryan Smith   ADC#155260
Name and Prisoner/Booking Number

Arizona Department of Corrections-Tucson
Place of Confinement

Santa Rita 4-A-19, Po Box 24406
Mailing Address

Tucson, Az 85734
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Bryan William Smith                ,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Keefe Commissary Network       ,
(Full Name of Defendant)

(2) _____ ,

(3) _____ ,

(4) _____ ,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-24-00149-TUC-JAS(PSOT)
_____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Arizona State Prison / Tucson    .

Revised 12/1/23                                    1                              **550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: _Keefe Commissary Network_ .  The first Defendant is employed as: _____ at _____ .
       (Position and Title)                                    (Institution)

2.  Name of second Defendant: _____ .  The second Defendant is employed as: ____ at _____ .
       (Position and Title)                                    (Institution)

3.  Name of third Defendant: _____ .  The third Defendant is employed as: _____ at _____ .
       (Position and Title)                                    (Institution)

4.  Name of fourth Defendant: _____ .  The fourth Defendant is employed as: _____ at _____ .
       (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?     ☒ Yes      ☐ No

2.  If yes, how many lawsuits have you filed? _1_ .  Describe the previous lawsuits:

   a.  First prior lawsuit:
      1.  Parties: _Bryan William Smith_ v. _Arizona Department of Corrections_
      2.  Court and case number: _U.S. District Court of Arizona  Case No: CV-24-00125-TUC-JAS (PSO_
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _Pending_

   b.  Second prior lawsuit:
      1.  Parties: _____ v. _____
      2.  Court and case number: _____ .
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

   c.  Third prior lawsuit:
      1.  Parties: _____ v. _____
      2.  Court and case number: _____ .
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.   CAUSE OF ACTION

### COUNT I

1.   State the constitutional or other federal civil right that was violated: Being forced to purchess tobacco within my budget not meant to inhale! Over price does not reflect lowest wages.

2.   **Count I.** Identify the issue involved.   Check **only one.**   State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☒ Other: Product Not meant to inhale / Over price
   - ☐ Medical care
   - ☐ Retaliation

3.   **Supporting Facts.**   State as briefly as possible the FACTS supporting Count I.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

Keefe Commissary Network took Tops cigarette tobacco off the order menue which was $1.79 replaced it with Direct Buy Tobacco Red Pipe Tobacco which does not come with rolling papers and they don't sell pipes! Pipe tobacco is primarily TAR Not Meant to inhale. And since it is the cheapest tobacco they sell everyone buys it! They sell rolling papers seperatly but still you are NOT supposed to inhale pipe tobacco. I have a cough that wont go away and I believe its from this tobacco! Items on store list are to reflect lowest wages we can make. Tops cigarette tobacco was $1.79 Direct Buy is 3.20 plus tax papers are $1.64 plus tax

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).
Persistant coughing shortness of breath increased blood pressure.

5.   **Administrative Remedies:**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b.   Did you submit a request for administrative relief on Count I?   ☐ Yes   ☒ No
   c.   Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☒ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.   Would Not amount to anything Co III Barazza tells me my efforts would be in vain!

3

**COUNT II**

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Count II.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
☐ Basic necessities                    ☐ Mail                      ☐ Access to the court        ☐ Medical care
☐ Disciplinary proceedings     ☐ Property               ☐ Exercise of religion       ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_____
_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                      ☐ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Count II?                      ☐ Yes    ☐ No
    c.  Did you appeal your request for relief on Count II to the highest level?        ☐ Yes    ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  _____
_____.

4

## COUNT III

1.  State the constitutional or other federal civil right that was violated: _____
    _____

2.  **Count III.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    ☐ Basic necessities                ☐ Mail                ☐ Access to the court        ☐ Medical care
    ☐ Disciplinary proceedings     ☐ Property          ☐ Exercise of religion       ☐ Retaliation
    ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3.  **Supporting Facts.**   State as briefly as possible the FACTS supporting Count III.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at
        your institution?                                                                 ☐ Yes        ☐ No
    b.  Did you submit a request for administrative relief on Count III?          ☐ Yes        ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level?   ☐ Yes        ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not. _____
        _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

I would like Keefe to switch back to Tops at a more affordable price. You can audit my store records from Oct 2010 to Feb 2012 and April 2016 to Feb 2023 and see how much I spent on this tobacco. I'd like all that money back plus $500,000.⁰⁰ for my health and peace of mind!

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/17/2024__
            DATE

_Bryan Smith_
SIGNATURE OF PLAINTIFF

_MySelf_
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.